# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID N. ZADEN** and **SYLVIA F. ZADEN,**
Appellants,

v.

**HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST,**
Appellee.

No. 4D18-1582

[April 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 062017CA020527.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Ashland R. Medley of Ashland Medley Law, PLLC, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***